# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147862

DENNIS LaLONE and DIANNE LaLONE, as
Conservators of the Estate of BRANDON
LaLONE, and CHRISTOPHER T. HAENICKE,
as Next Friend of AUSTIN W. LaLONE and
BRYANNA E. LaLONE, Minors,
        Plaintiffs-Appellants,

v

RIEDSTRA DAIRY LTD.,
        Defendant-Appellee,
and

RT ENGINEERING LTD., f/k/a ROTA-TECH
DAIRY SHEDS INTERNATIONAL LTD., RT
INTERNATIONAL LTD., f/k/a ROTA-TECH
DAIRY SHEDS INTERNATIONAL LTD., RT
INSTALLATIONS LTD., DeLAVAL, INC.,
and JOHN BOWERS,
        Defendants.

SC: 147862
COA: 308207
St Joseph CC: 07-000914-NH

_____/

      On order of the Court, the application for leave to appeal the August 13, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk